UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 0 9 2014

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Giovanni ORTEGA, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No._____ <br><br> COMPLAINT FOR VIOLATION OF <br> Title 8, U.S.C., Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Illegal Alien(s) <br> Without Presentation |

'14MJ0059

The undersigned complainant being duly sworn states:

On or about January 8, 2014, within the Southern District of California, defendant Giovanni ORTEGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marcelino GARCIA-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF January, 2014.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Marcelino GARCIA-Ramirez is citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 8, 2014, at approximately 3:42 PM, Giovanni ORTEGA (Defendant) applied for admission to the United States from Mexico via the vehicle primary lanes at the Otay Mesa Port of Entry. Defendant was the driver and sole visible occupant of a 2009 Chevrolet Cobalt. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his valid United States passport card, gave a negative customs declaration and stated he was going to work. The CBP Officer elected to refer Defendant and the vehicle to secondary for further inspection.

In secondary, a person was discovered concealed in the trunk of the vehicle. One male was removed from the trunk that was later determined to be a citizen of Mexico without legal documentation to enter the United States and is now identified as Marcelino GARCIA-Ramirez (Material Witness).

Defendant was advised of his Miranda Rights and elected to make a statement without the presence of counsel. Defendant admitted he made arrangements with Material Witness and agreed to smuggle him into the United States in exchange for $4,000.00 - $5,000.00 USD. Defendant stated he picked up Material Witness in downtown Tijuana and was to deliver him to a location determined by Material Witness once they crossed into the United States.

An interview was conducted with Material Witness who admitted he is a citizen of Mexico without legal documents to enter the United States. Material Witness stated he made arrangements with Defendant and was to pay him $5,000.00 USD to be smuggled into the United States. Material Witness stated Defendant picked him up in Tijuana and later put him in the trunk near the Otay Mesa Port of Entry. Material Witness stated he was going to National City.

# USAO INTAKE INFORMATION RAP SHEET

*When renaming and saving file please use the format "LastName-RapSheet." (i.e. Ayala-Nunez-RapSheet)*

First: Giovanni     Mid.            Last: ORTEGA

Case No.  14MJ

## RAP SHEET SUMMARY CHART

[Add Row]

| X | | | None | | |
|---|---|---|---|---|---|
| | | | | ON PAROLE/PROBATION | |
| | | | | TOTAL POINTS | |
| | | | | CRIMINAL HISTORY CATEGORY | |
| | | | | DEPORTATIONS | N/A |
| | | | DATE OF MOST RECENT DEPORTATION | | |

[Reset Form]   [Submit by Email]   [Print Form]